1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   JOSHUA J. CANTU,                                    CASE NO. 1:09-cv-00177-GBC PC

10                          Plaintiff,                  ORDER DENYING PLAINTIFF'S MOTION
                                                        FOR PHOTOCOPYING
11          v.
                                                        (ECF No. 16)
12   M. GARCIA, et al.,

13                          Defendants.
                                                    /
14   _____

15          Plaintiff Joshua J. Cantu ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16   action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the first amended complaint filed

17   July 26, 2010, against Defendants M. Garcia and three Doe Correctional Officers for use of

18   excessive force in violation of the Eighth Amendment.

19          On November 29, 2010, an order was issued requiring Plaintiff to serve the complaint within

20   120 days.  On February 7, 2011, Plaintiff filed a motion for a court order allowing him unhindered

21   use of/or right to copies.  Plaintiff's requests the order because the copy machine at the law library

22   is out of order.  He submitted a request for copies and it was denied as his deadline is not until March

23   2011, giving him ample time to receive copy services.

24          Plaintiff's motion for a court order shall be denied.  Prison administrators "should be

25   accorded wide-ranging deference in the adoption and execution of policies and practices that in their

26   judgment are needed to preserve internal order and discipline and to maintain institutional security."

27   Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (quoting Bell v. Wolfish, 441 U.S. 520, 547

28   (1970).  While inmates do have a constitutional right to access to the courts, it does not include

1

1  unlimited access to the law library and photocopies.  <u>Sands v. Lewis</u>, 886 F.2d 1166, 1169 (9th Cir.

2  1989) <u>overruled on other grounds by</u> <u>Lewis v. Casey</u>, 581 U.S. 343, 350-55 (1996).  Should Plaintiff

3  continue to be unable to make copies which prevents him from timely serving the complaint he may

4  request an extension of time by filing a motion prior to the date that service of process is due.

5         Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for

6  a court order granting him unhindered use of/or right to copies is DENIED.

7         IT IS SO ORDERED.

8

9  Dated:    February 9, 2011

                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2