UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSHUA J. CANTU, | 1:09-cv-000177-GBC (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | FOR THE PURPOSE OF SERVICE IN THIS ACTION AND ORDER DENYING |
| M. GARCIA, | OTHER MOTION AS MOOT |
| Defendants. | (ECF Nos. 28 & 29) |
| _____/ | |

### ORDER

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a). The request to proceed in forma pauperis will be granted only as to service. The granting of Plaintiff's application to proceed in forma pauperis requires that service be made by the United States Marshal. See 28 U.S.C. § 1915; Fed. R. Civ. Pro. 4(c)(3).

Plaintiff has already paid the full filing fee. Thus, it is not necessary for payments to be taken from his trust account.

In accordance with the above and good cause appearing therefore, IT IS HEREBY

ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED as to all service in this action;
2. Service shall be initiated through the United States Marshal; and
3. Plaintiff's second application to proceed in forma pauperis is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   September 2, 2011

UNITED STATES MAGISTRATE JUDGE