# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>    Plaintiff,<br><br>vs.<br><br>M. GARCIA, et al.,<br><br>    Defendants. | ) 1:09cv00177 AWI DLB PC<br>)<br>) ORDER GRANTING PLAINTIFF'S<br>) MOTION TO FILE AMENDED<br>) COMPLAINT NAMING DOE<br>) DEFENDANTS<br>) (Document 87)<br>)<br>) THIRTY-DAY DEADLINE<br>) |

    Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. He filed a First Amended Complaint on July 26, 2010, and the Court found cognizable Eighth Amendment claims against Defendant M. Garcia and three Doe Defendants. Defendant Garcia filed an answer on December 20, 2011.

    The discovery deadline has passed and the dispositive motion deadline is July 25, 2013.

    On April 17, 2013, Plaintiff filed a motion for leave to file an amended complaint. Plaintiff states that he has discovered the identity of the three Doe Defendants and therefore wishes to amend his First Amended Complaint to substitute their names. Defendant did not oppose the motion.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).  However, courts "need not grant leave to amend where the amendment:  (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id.  The factor of "'[u]ndue delay by itself . . . is insufficient to justify denying a motion to amend.'" Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712-13 (9th Cir. 2001) (quoting Bowles v. Reade, 198 F.3d 752, 757-58 (9th Cir. 1999)).

Here, Plaintiff's request is timely, as the deadline to amend pleadings is June 10, 2013.  His proposed amendments are also necessary to substitute the names of the Doe Defendants and initiate service.

Accordingly, Plaintiff's motion to amend is GRANTED.  <u>Plaintiff SHALL file an amended complaint, substituting the names of the Doe Defendants, within thirty (30) days of the date of service of this order.</u>  The amended complaint shall not make any additional changes.  Once an amended complaint is filed, the Court will instruct Plaintiff on service of the newly named Defendants.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **May 17, 2013**                    /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE