# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>        Plaintiff,<br><br>    vs.<br><br>M. GARCIA, et al.,<br><br>        Defendants. | 1:09cv00177 AWI DLB PC<br><br>ORDER DIRECTING PARTIES TO FILE STATUS REPORT REGARDING DISCOVERY<br><br>TWENTY-ONE DAY DEADLINE |

    Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 6, 2011, the Court found a cognizable Eighth Amendment claim against Defendant Garcia. Defendant Garcia filed an answer on December 20, 2011, and the Court issued a Discovery and Scheduling Order on January 3, 2012.

    On May 20, 2013, the Court granted Plaintiff leave to file a Second Amended Complaint identifying three Doe Defendants (Defendants Gorgee, Baptiste and Williams). The Court ordered service for the three new Defendants on July 25, 2013.

1

Defendants Garcia and Defendant Gorgee filed an answer to the Second Amended Complaint on February 24, 2014.  There is no indication that Defendants Baptiste or Williams have been served.

The dates in the January 3, 2012, discovery order have now expired.

The Court notes that discovery had been opened for almost five months at the time Plaintiff filed the Second Amended Complaint.  The Court also notes that all Defendants were part of the same incident.

Therefore, the parties are DIRECTED to file a status report within twenty-one (21) days. The status report shall address what, if any, additional discovery is necessary.

IT IS SO ORDERED.

Dated:   **March 5, 2014**                            /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE