# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. GARCIA, et al.,<br><br>　　　　Defendants. | 1:09cv00177 AWI DLB PC<br><br>ORDER REOPENING DISCOVERY<br>AND SETTING FURTHER SCHEDULE<br><br>Discovery Cut-Off: July 25, 2014<br><br>Dispositive Motion Deadline:<br>　September 23, 2014 |

　　　Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On September 6, 2011, the Court found a cognizable Eighth Amendment claim against Defendant Garcia. Defendant Garcia filed an answer on December 20, 2011, and the Court issued a Discovery and Scheduling Order on January 3, 2012.

　　　On May 20, 2013, the Court granted Plaintiff leave to file a Second Amended Complaint identifying three Doe Defendants (Defendants Gorgee, Baptiste and Williams). The Court ordered service for the three new Defendants on July 25, 2013.

Defendants Garcia and Defendant Gorgee filed an answer to the Second Amended Complaint on February 24, 2014. On March 6, 2014, summonses were returned unexecuted as to Defendants Baptiste and Williams.

As the dates in the January 3, 2012, discovery order had expired, the Court ordered the parties for file a status report addressing what, if any additional discovery is necessary.

Based on the status reports, the Court finds good cause to REOPEN discovery and sets the following scheduling deadlines:

Discovery Cut-Off:          July 25, 2014[1]

Dispositive Motion Deadline:    September 23, 2014

IT IS SO ORDERED.

Dated:   **April 1, 2014**                    /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is reminded that motions to compel must be filed by this deadline, and he should refer to the January 3, 2012, Discovery and Scheduling Order for additional information relating to discovery practice.

2