# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU, | ) 1:09cv00177 AWI DLB PC ) |
| Plaintiff, | ) ORDER DISCHARGING ORDER ) TO SHOW CAUSE |
| vs. | ) ) (Document 104) |
| M. GARCIA, et al., | ) ) |
| Defendants. | ) |

Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Second Amended Complaint against Defendants Garcia, Gorgee, Baptiste and Williams. On July 31, 2014, the Court issued an order to show cause why Defendant Williams should not be dismissed pursuant to Rule 4(m).

On August 21, 2014, Plaintiff filed a response and provided additional identifying information for Defendant Williams. Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 22, 2014**                    /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE

1