# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU, | ) 1:09cv00177 AWI DLB PC |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (Document 106) |
| vs. | ) |
| M. GARCIA, et al., | ) ORDER DIRECTING CLERK OF COURT TO CORRECT SPELLING OF DEFENDANT GOREE'S NAME ON DOCKET |
| Defendants. | ) |

Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Second Amended Complaint against Defendants Garcia, Goree,[1] Baptiste and Williams.

Defendants Garcia and Goree have appeared in this action. Defendant Baptiste has been served, but has not yet appeared. Service as to Defendant Williams was returned unexecuted on August 27, 2014, and an order to show cause is currently pending.

This action is currently in discovery. The discovery deadline is October 24, 2014. Dispositive motions must be filed by December 23, 2014.

---

[1] Defendant Goree is incorrectly listed on the Court's docket as Defendant Gorgee.

1

On August 11, 2014, Plaintiff filed a motion to compel Defendant Goree to provide responses to Plaintiff's Requests for Interrogatories, Numbers 1-10. On September 8, 2014, Defendant Goree filed a non-opposition and request for an extension of time. The motion is ready for decision pursuant to Local Rule 230(l).

**DISCUSSION**

Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense- including the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence. All discovery is subject to the limitations imposed by Federal Rule of Civil Procedure 26(b)(2)(C).

Plaintiff served Defendant Goree with Interrogatories on April 9, 2014. However, it appears that because of an inadvertent error, compounded by the confusion caused by service of later-added Defendants, Defendant Goree did not respond.

In the statement of non-opposition, Counsel states that she has drafted responses and has been trying to set up a time to have the responses completed and signed. Accordingly, Plaintiff's motion is GRANTED. Defendant Goree SHALL serve responses on Plaintiff no later than September 29, 2014.

The Clerk of Court is ORDERED to change the docket to reflect the correct spelling of Defendant Goree's name.

IT IS SO ORDERED.

Dated:   **September 10, 2014**            /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

2