# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>          Plaintiff,<br><br>     vs.<br><br>M. GARCIA, et al.,<br><br>          Defendants. | 1:09cv00177 AWI DLB PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT BAPTISTE<br>(Documents 101, 112)<br><br>**Discovery Cut-Off:  October 24, 2014**<br><br>**Dispositive Motion Deadline:<br>     December 23, 2014** |

    Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    The Court reopened discovery in this action on April 4, 2014.  At the time, not all Defendants had been served.

    On September 2, 2014, the Court granted Plaintiff's motion to modify the scheduling order.  The discovery cut-off is October 24, 2014.  The dispositive motion deadline is December 23, 2014.

    Defendant Baptiste has now appeared in this action.

///

///

1

Accordingly, the dates set forth above are HEREBY EXTENDED to Defendant Baptiste.

IT IS SO ORDERED.

Dated:   **September 24, 2014**                            /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE