# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00177 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT T. WILLIAMS PURSUANT TO RULE 4(M)<br><br>(Document 121) |

　　　　Plaintiff Joshua J. Cantu ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 20, 2014, the Court issued Findings and Recommendations that Defendant T. Williams be dismissed for Plaintiff's failure to effectuate service of process. The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within twenty-one days. Neither party has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 20, 2014, are ADOPTED in full; and

2. Defendant T. Williams is DISMISSED from this action pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: November 20, 2014

SENIOR DISTRICT JUDGE