1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | JOSHUA J. CANTU,

Case No. 1:09-cv-00177 AWI DLB PC

12 |         Plaintiff,

ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

13 |    v.

14 | GARCIA, et al.,

(Document 128)

15 |         Defendants.

16

17     Plaintiff Joshua J. Cantu ("Plaintiff") is a former California state prisoner proceeding pro se

18 in this civil rights action pursuant to 42 U.S.C. § 1983.

19     On November 14, 2014, the Court granted Plaintiff's motion to compel and ordered

20 Defendant Baptiste to provide responses to Plaintiff's April 23, 2014, discovery requests within

21 forty-five days.

22     The discovery deadline has passed.  Currently, dispositive motions are to be filed by

23 February 27, 2015.

24     On February 25, 2015, Plaintiff filed a request to extend the dispositive motion deadline.  He

25 was recently released from custody and indicates that he has not received the responses from

26 Defendant Baptiste.

27

28

1

1    Given the procedural posture of this action and the length of time it has been pending, the

2  Court orders Defendants to respond to Plaintiff's motion within ten (10) days.  A reply is not

3  necessary.

4

5  IT IS SO ORDERED.

6     Dated:    **February 27, 2015**                    /s/ *Dennis L. Beck*

7                                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28