# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00177 AWI DLB PC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANTS' FAILURE TO COMPLY WITH COURT ORDER<br>(Document 129)<br><br>TEN-DAY DEADLINE |

Plaintiff Joshua J. Cantu ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 27, 2015, the Court ordered Defendants to respond to Plaintiff's February 25, 2015, motion to extend the dispositive motion deadline. The Court requested a response (1) because Plaintiff's motion indicated that he had not yet received discovery responses from Defendant Baptiste (ordered by the Court on November 14, 2014); and (2) because of the the procedural posture of this action and the length of time it has been pending. A response was due within ten days.

At this time, discovery has closed. The dispositive motion deadline has passed without the filing of any dispositive motions and, more importantly, without Defendants' *required* response to Plaintiff's pending motion.

1

Accordingly, Defendants are ORDERED TO SHOW CAUSE, if any, why sanctions should not be imposed for failure to respond to the Court's February 27, 2015, order. Sanctions may include striking Defendants' answers and entering default.

A response to this order must be filed within ten (10) days.

IT IS SO ORDERED.

Dated:   **March 17, 2015**                    /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE