1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  JOSHUA J. CANTU,                     Case No. 1:09-cv-00177 AWI DLB PC

12              Plaintiff,               ORDER GRANTING DEFENDANTS'
                                         REQUEST FOR LATE FILING
13      v.                               (Document 131)

14  GARCIA, et al.,                      ORDER DISCHARGING ORDER
                                         TO SHOW CAUSE
15              Defendants.              (Document 130)

16

17          Plaintiff Joshua J. Cantu ("Plaintiff") is a former California state prisoner proceeding pro se

18  in this civil rights action pursuant to 42 U.S.C. § 1983.

19          On February 27, 2015, the Court ordered Defendants to respond to Plaintiff's February 25,

20  2015, motion to extend the dispositive motion deadline.

21          After not receiving a response within the allotted time, the Court issued an order to show

22  cause on March 17, 2015.  Defendants were ordered to show cause why sanctions should not be

23  imposed for failing to comply with the February 27, 2015, Court order.

24          Shortly after the order issued, Defendants filed their response, along with a request for a late

25  filing.  In the request, Defendants' counsel states that she was out of the office for trial preparation

26  and trial from March 2, 2015, through March 16, 2015.  ECF No. 131, at 1.  She therefore missed the

27  March 12, 2015, deadline to respond to the order to show cause.

28

Good cause appearing, the Court GRANTS Defendants' request to permit a late filing and DISCHARGES the order to show cause.   The Court will address Plaintiff's motion to extend the dispositive motion deadline by separate order.

IT IS SO ORDERED.

Dated:   **March 20, 2015**                          /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE