# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>            Plaintiff,<br><br>    v.<br><br>GARCIA, et al.,<br><br>            Defendants. | Case No. 1:09-cv-00177 AWI DLB PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO FILE AMENDED RESPONSE<br>(Document 142)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 137) |

Plaintiff Joshua J. Cantu ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 4, 2015, the Court issued an order to show cause to Defendant Baptiste why sanctions should not be imposed for his repeated failures to follow this Court's orders.

On May 14, 2015, Defendant filed his response. The following day, Defendant filed a request for leave to file an amended response, explaining that a draft version of the response was inadvertently filed. Defendant's request is GRANTED.

Pursuant to the May 15, 2015, amended response, it appears that Defendant served Plaintiff with his responses on March 27, 2015. However, perhaps because of Plaintiff's change of address, Plaintiff had not received them when he filed his April 30, 2015, motion to extend the dispositive motion deadline. Defendant reserved the responses on May 1, 2015, at Plaintiff's new address.

1

1 | Good cause appearing, the Court DISCHARGES the order to show cause.

IT IS SO ORDERED.

Dated: **May 28, 2015**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2