# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00177 AWI DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION, OR STATEMENT OF NON-OPPOSITION, TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY (30) DAYS |

　　　　Plaintiff Joshua J. Cantu ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's Second Amended Complaint against Defendants Garcia, Goree and Baptiste.

　　　　Defendants filed a motion for summary judgment on June 15, 2015.[1]  Although Plaintiff filed a notice of change of address on October 13, 2015, the motion was properly served on Plaintiff's address at the time of service.

　　　　Plaintiff has not filed an opposition to the motion.

///

///

///

///

---

[1] Plaintiff's motion for summary judgment is also pending.

1

Plaintiff is therefore ORDERED to file an opposition, or a statement of non-opposition, to the motion within thirty (30) days of the date of service of this order.

<u>Plaintiff is advised that if he does not file an opposition, or statement of non-opposition, to the motion within thirty (30) days of the date of service of this order, the motion will be decided without the benefit of his input</u>.

IT IS SO ORDERED.

Dated:   **October 14, 2015**                              /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE