# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU, | ) 1:09-cv-00177-DAD-DLB (PC) |
| Plaintiff, | ) ORDER SETTING TELEPHONIC |
| v. | ) SETTLEMENT CONFERENCE |
| CORRECTIONAL OFFICER M. GARCIA, et al., | ) July 7, 2016 |
| | ) 9:30 a.m. |
| Defendants. | ) Call in number below |

    Plaintiff Joshua J. Cantu ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was set for a settlement conference on June 28, 2016, at 9:30 a.m. On June 24, 2016, Plaintiff filed a request to be relieved from appearing at the settlement conference based upon lack of money and lack of transportation. His car had been towed on May 29, 2016, and he did not have enough money to have the car released. The Court reviewed the request on June 27, 2016.

    Plaintiff is cautioned that he is required to comply with all Court orders to appear unless excused in advance of the hearing. Plaintiff knew about the lack of transportation for several weeks before the settlement conference, yet failed to communicate with the Court in a timely fashion. Inconvenience is not an excuse for failure to comply with Court orders. Plaintiff is also cautioned that public transportation is available for travel to this Court. Trial is set for August 9, 2016, and other dates are scheduled in this case. Plaintiff's personal appearance is required at

1  some or all of these dates.  Plaintiff's failure to timely comply with Court orders or to appear at
2  trial will result in dismissal of this action.
3      In the interest of justice, and to pursue possible resolution of this case without trial, the
4  Court sets a TELEPHONIC settlement conference for July 7, 2016, at 9:30 a.m.  Plaintiff shall
5  call into the Court at 559-499-5789 at 9:30 a.m. Defendants shall call into the Court at 559-499-
6  5788 at 9:30 a.m.  The parties should be prepared to fully discuss resolution of this case with the
7  Court at the telephonic settlement conference.  Failure to comply with this Court order will result
8  in a recommendation that this action be dismissed.

10  IT IS SO ORDERED.

11      Dated: **June 28, 2016**       /s/ *Barbara A. McAuliffe*
12                                                    UNITED STATES MAGISTRATE JUDGE