UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU, | No. 1:09-cv-00177 DAD DLB PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO SUBMIT STATUS REPORT REGARDING SETTLEMENT |
| v. | |
| GARCIA, et al., | FOURTEEN-DAY DEADLINE |
| Defendants. | |

Plaintiff Joshua J. Cantu ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action.

On July 7, 2016, the undersigned held a settlement conference and the parties agreed to settle this action. As a result, all pending dates were vacated and the parties were ordered to file final settlement documents within thirty (30) days.

Final settlement documents have not been filed, however. Accordingly, each party is ORDERED to file a report regarding the status of settlement within fourteen (14) days of the date

///
///
///
///
///

1

of service of this order. Plaintiff's report shall include a statement as to whether he has signed and/or returned settlement documents forwarded by Defendants.

Failure to comply with this order may result in sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated: **August 11, 2016**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE