UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARCIA, et al.,<br><br>　　　　　Defendants. | No. 1:09-cv-00177 DAD DLB PC<br><br>ORDER REGARDING PARTIES' STATUS REPORTS REGARDING SETTLEMENT |

　　　　Plaintiff Joshua J. Cantu ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action.

　　　　On July 7, 2016, Magistrate Judge Barbara M. McAuliffe held a settlement conference and the parties agreed to settle this action. As a result, all pending dates were vacated and the parties were ordered to file final settlement documents within thirty (30) days.

　　　　On August 11, 2016, after the parties failed to file the required documents, the Court ordered each party to file a report regarding the status of settlement. Defendants filed their report on August 18, 2016, and Plaintiff filed his report on August 22, 2016.

///

///

///

///

1

1    After reviewing the reports, the parties are advised that they may file motions to enforce
2 the settlement and/or set aside the settlement within thirty (30) days of the date of service of this
3 order.  This action will remain unscheduled until the issue of settlement is resolved.

IT IS SO ORDERED.

Dated:  **August 26, 2016**           /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE