UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GARCIA, et al.,<br><br>　　　　　Defendants. | 1:09-cv-00177-DAD-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(ECF No. 194.)<br><br>FOURTEEN-DAY DEADLINE |

　　　　Joshua Cantu ("plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 7, 2016, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe, during which the parties negotiated a settlement agreement.  On September 26, 2016, Defendants filed a motion to enforce the settlement agreement. (ECF No. 194.)  Plaintiff shall be required to file a response to the motion within fourteen days.

　　　　Accordingly, IT IS HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff must file a written response to Defendants' motion to enforce the settlement agreement filed on September 26, 2016.

IT IS SO ORDERED.

　　Dated:　**October 3, 2016**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE