UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GARCIA, et al.,<br><br>　　　　Defendants. | 1:09-cv-00177-DAD-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RE-SERVICE OF THE SETTLEMENT AGREEMENT, AND RESOLVING DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT<br>(ECF Nos. 194, 197.)<br><br>ORDER FOR DEFENDANTS TO SEND SETTLEMENT AGREEMENT TO PLAINTIFF AT HIS NEW ADDRESS, WITHIN 10 DAYS |

　　　　Joshua Cantu ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 7, 2016, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe, during which the parties negotiated a settlement agreement.

　　　　On September 26, 2016, Defendants filed a motion for the Court to enforce the settlement agreement.  (ECF No. 194.)  Defendants assert that they prepared and mailed the settlement documents to Plaintiff, and on August 23, 2016, for reasons wholly unrelated to the terms of the settlement agreement, Plaintiff advised the Court that he would not sign the

prepared settlement documents. Defendants request the Court to issue an order to enforce the settlement agreement.

On October 4, 2016, the Court issued an order requiring Plaintiff to file a response to Defendants' motion. (ECF No. 195.) On October 31, 2016, Plaintiff filed a notice of change of address and a motion to have the settlement agreement mailed to him at his new address. (ECF No. 197.) In his motion, Plaintiff agrees to sign the settlement agreement. (Id. at 2.)

Plaintiff's motion shall be granted. Defendants shall mail the settlement agreement to Plaintiff at his new address within 10 calendar days. This order resolves Defendants' motion for the Court to enforce the settlement agreement.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to have the settlement agreement mailed to him at his new address, filed on October 31, 2016, is GRANTED;
2. Within 10 calendar days, Defendants shall send the settlement agreement to Plaintiff at his new address; and
3. This order resolves Defendants' motion for the Court to enforce the settlement agreement, filed on September 26, 2016.

IT IS SO ORDERED.

Dated:   **November 3, 2016**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE